UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

GEORGE KUSAJ,

    Plaintiff,

v.

Case No. 2:25-cv-865-KCD-NPM

JUDGE LISA PORTER, IN HER OFFICIAL CAPACITY; JUDGE JOHN BURNS, IN HIS OFFICIAL CAPACITY; AND STATE OF FLORIDA (TWENTIETH JUDICIAL CIRCUIT COURT),

    Defendants.
_____/

## ORDER

In this civil rights case, Plaintiff George Kusaj has yet to file a disclosure statement despite two Court orders directing him to do so. (Doc. 3 at ¶ 2; Doc. 6.) Ignoring the Court's order is grounds for dismissal. "A plaintiff's failure to prosecute diligently can result in dismissal if the plaintiff in response to an order to show cause fails to demonstrate due diligence and just cause for delay." M.D. Fla. R. 3.10. Similarly, the Court has the "inherent power" to dismiss a case for lack of prosecution under its authority to manage its docket. *Link v. Wabash R. Co.*, 370 U.S. 626, 630-31 (1962).

Kusaj has not diligently prosecuted this case and has ignored the Court's orders. At bottom, his actions show a lack of interest. The Court thus

**DISMISSES** Kusaj's claims without prejudice for failure to prosecute. *See* Local Rule 3.10. The Clerk is **DIRECTED** to enter judgment, terminate any pending motions and deadlines, and close the case.

**ORDERED** in Fort Myers, Florida on November 13, 2025.

Kyle C. Dudek
United States District Judge