UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

GEORGE KUSAJ,

    Plaintiff,

v.

JUDGE LISA PORTER, IN HER OFFICIAL CAPACITY; JUDGE JOHN BURNS, IN HIS OFFICIAL CAPACITY; AND STATE OF FLORIDA (TWENTIETH JUDICIAL CIRCUIT COURT),

    Defendants,

Case No. 2:25-cv-865-KCD-NPM

## ORDER

This case was dismissed after Plaintiff George Kusaj failed to comply with the Court's orders to file a disclosure statement. (Doc. 7.) He now moves to reopen the case. (Doc. 11.) The motion is **DENIED** because Plaintiff offers no legal authority to revive his claims. And Plaintiff's conclusory declaration that he "acted promptly" is belied by the record and otherwise insufficient. Since the dismissal was without prejudice, Plaintiff can file a new case should he wish.

Plaintiff has also filed a motion to compel service by the U.S. Marshal. (Doc. 13.) That motion is **DENIED AS MOOT** given the case will not be reopened.

**ORDERED** in Fort Myers, Florida on December 23, 2025

Kyle C. Dudek
United States District Judge

2